IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JORDAN FELLS                                                                    PLAINTIFF

v.                              No. 3:22-cv-134-DPM

ATLAS TUBE ARKANSAS, INC.
and ZEKELMAN INDUSTRIES, INC.                                      DEFENDANTS

JUDGMENT

Fells's complaint is dismissed with prejudice. The Court retains jurisdiction until 29 November 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

1 September 2022